JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**         **Category No.**  <u>II</u>        **Investigating Agency**  <u>FBI</u>

**City**  <u>Boston</u>                    **Related Case Information:**

**County**  <u>Suffolk</u>          Superseding Ind./ Inf. _____  Case No. _____
                           Same Defendant _____  New Defendant _____
                           Magistrate Judge Case Number _____
                           Search Warrant Case Number  <u>See attached sheet</u>
                           R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  <u>Mario Castro</u>          Juvenile:      ☐ Yes  ☑ No

                    Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address          <u>(City & State)</u>  Dorchester, MA

Birth date (Yr only): <u>1968</u>  SSN (last4#): <u>8662</u>  Sex <u>M</u>    Race: <u>Hispanic</u>    Nationality: <u>USA</u>

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____                    _____

**U.S. Attorney Information:**

**AUSA**  <u>Karen Beausey</u>          Bar Number if applicable  <u>CA 155258</u>

**Interpreter:**    ☐ Yes  ☑ No        List language and/or dialect: _____

**Victims:**      ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

**Matter to be SEALED:**    ☑ Yes  ☐ No

       ☑ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____  in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____  on _____

**Charging Document:**    ☐ Complaint      ☐ Information      ☑ Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑     **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  11/9/16          Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     Mario Castro _____

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1) | Possession of Methamphetamine with Intent to Distribute | 6 |
| Set 3 | 21 U.S.C. § 853 | Drug Asset Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

## JS-45 ATTACHMENTS

| SEARCH WARRANTS | TRACKING WARRANTS |
|---|---|
| 15-4146-DHH | 15-4193-DHH |
| 15-4184-DHH | 15-4216-DHH |
| 15-4185-DHH | 15-4298-DHH |
| 15-4186-DHH | 15-4428-DHH |
| 15-4187-DHH | |
| 15-4428-DHH | |
| 16-4000-DHH | |
| 16-4001-DHH | |
| 16-4002-DHH | |
| 16-4004-DHH | |
| 16-4005-DHH | |
| 16-4006-DHH | |
| 16-4007-DHH | |
| 16-4008-DHH | |
| 16-4009-DHH | |
| 16-4010-DHH | |
| 16-4019-DHH | |
| 16-4061-DHH | |
| 16-4062-DHH | |
| 16-4063-DHH | |
| 16-4064-DHH | |
| 16-4065-DHH | |
| 16-4066-DHH | |
| 16-4067-DHH | |
| 16-4068-DHH | |
| 16-4069-DHH | |
| 16-4070-DHH | |
| 16-4071-DHH | |
| 16-4072-DHH | |
| 16-4073-DHH | |
| 16-4074-DHH | |
| 16-4075-DHH | |
| 16-4076-DHH | |
| 16-4077-DHH | |
| 16-4078-DHH | |
| 16-4079-DHH | |
| 16-4080-DHH | |
| 16-4081-DHH | |
| 16-4082-DHH | |
| 16-4083-DHH | |
| 16-4326-DHH | |



§JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** ___II___          **Investigating Agency** ___FBI___

**City**   _Allston_                    **Related Case Information:**

**County**   _Suffolk_                   Superseding Ind./ Inf. _____ Case No. _____
                                        Same Defendant _____ New Defendant _____
                                        Magistrate Judge Case Number _____
                                        Search Warrant Case Number _See attached sheet_
                                        R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  _Jeffrey Carlo_                    Juvenile:      ☐ Yes  ☑ No

                Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

Alias Name _____

Address        _(City & State)_ _Dorchester, MA_

Birth date (Yr only): _1988_  SSN (last4#): _6351_  Sex _M_     Race: _Hispanic_     Nationality: _USA_

**Defense Counsel if known:** _____     Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**  _Karen Beausey_                    Bar Number if applicable   _CA 155258_

**Interpreter:**   ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**   ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

      ☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint      ☐ Information      ☑ Indictment

**Total # of Counts:**   ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony _2_

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: _11/9/16_          Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Jeffrey Carlo _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine | 1 |
| Set 2 | 18 U.S.C. § 1956(h) | Conspiracy to Launder Monetary Instruments | 10 |
| Set 3 | 21 U.S.C. § 853 | Drug Asset Forfeiture Allegation | |
| Set 4 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

## JS–45 ATTACHMENTS

**SEARCH WARRANTS**

15-4146-DHH
15-4184-DHH
15-4185-DHH
15-4186-DHH
15-4187-DHH
15-4428-DHH
16-4000-DHH
16-4001-DHH
16-4002-DHH
16-4004-DHH
16-4005-DHH
16-4006-DHH
16-4007-DHH
16-4008-DHH
16-4009-DHH
16-4010-DHH
16-4019-DHH
16-4061-DHH
16-4062-DHH
16-4063-DHH
16-4064-DHH
16-4065-DHH
16-4066-DHH
16-4067-DHH
16-4068-DHH
16-4069-DHH
16-4070-DHH
16-4071-DHH
16-4072-DHH
16-4073-DHH
16-4074-DHH
16-4075-DHH
16-4076-DHH
16-4077-DHH
16-4078-DHH
16-4079-DHH
16-4080-DHH
16-4081-DHH
16-4082-DHH
16-4083-DHH
16-4326-DHH

**TRACKING WARRANTS**

15-4193-DHH
15-4216-DHH
15-4298-DHH
15-4428-DHH

♣JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**              **Category No.**  _II_          **Investigating Agency**  _FBI_

**City**   _Quincy_               **Related Case Information:**

**County**  _Norfolk_             Superseding Ind./ Inf. _____ Case No. _____
                                  Same Defendant _____ New Defendant _____
                                  Magistrate Judge Case Number _____
                                  Search Warrant Case Number _See attached sheet_
                                  R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   _James Giannetta_                    Juvenile:      ☐ Yes  ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address        _(City & State)_  _Quincy, MA_ _____

Birth date (Yr only): _1955_  SSN (last4#): _1723_  Sex _M_    Race: _Caucasian_    Nationality: _USA_

**Defense Counsel if known:**     _Vikas Dhar_          Address _1 Constitution Center_

**Bar Number** _____              Suite 300
                                                      Charlestown, MA 02129
**U.S. Attorney Information:**

**AUSA**   _Karen Beausey_                    Bar Number if applicable   _CA 155258_

**Interpreter:**    ☐ Yes  ☑ No        List language and/or dialect: _____

**Victims:**        ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

**Matter to be SEALED:**    ☑ Yes   ☐ No

       ☑ Warrant Requested      ☐ Regular Process         ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint    ☐ Information      ☑ Indictment

**Total # of Counts:**   ☐ Petty ——  ☐ Misdemeanor ——  ☑ Felony  _3_

                Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.**

Date: _____        Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    James Giannetta _____

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1) | Distribution of Methamphetamine | 8 |
| Set 3 | 18 U.S.C. § 1956(h) | Conspiracy to Launder Monetary Instruments | 10 |
| Set 4 | 21 U.S.C. § 853 | Drug Asset Forfeiture Allegation | |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture Allegation | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

## JS-45 ATTACHMENTS

**SEARCH WARRANTS**

15-4146-DHH
15-4184-DHH
15-4185-DHH
15-4186-DHH
15-4187-DHH
15-4428-DHH
16-4000-DHH
16-4001-DHH
16-4002-DHH
16-4004-DHH
16-4005-DHH
16-4006-DHH
16-4007-DHH
16-4008-DHH
16-4009-DHH
16-4010-DHH
16-4019-DHH
16-4061-DHH
16-4062-DHH
16-4063-DHH
16-4064-DHH
16-4065-DHH
16-4066-DHH
16-4067-DHH
16-4068-DHH
16-4069-DHH
16-4070-DHH
16-4071-DHH
16-4072-DHH
16-4073-DHH
16-4074-DHH
16-4075-DHH
16-4076-DHH
16-4077-DHH
16-4078-DHH
16-4079-DHH
16-4080-DHH
16-4081-DHH
16-4082-DHH
16-4083-DHH
16-4326-DHH

**TRACKING WARRANTS**

15-4193-DHH
15-4216-DHH
15-4298-DHH
15-4428-DHH

%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** | Category No. __II__ | Investigating Agency __FBI__ |

**City**    __Allston__

**County**    __Suffolk__

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number    __See attached sheet__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    Jesse Gillis                    Juvenile:    ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes ☑ No

Alias Name _____

Address    (City & State)  San Diego, CA

Birth date (Yr only): 1985   SSN (last4#): 2303   Sex M   Race: Caucasian   Nationality: USA

**Defense Counsel if known:** _____    Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**    Karen Beausey                    Bar Number if applicable    CA 155258

**Interpreter:**    ☐ Yes  ☑ No    List language and/or dialect: _____

**Victims:**    ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☐ Yes ☐ No

**Matter to be SEALED:**    ☑ Yes  ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  11/9/16                    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Jesse Gillis _____

## U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine | 1 |
| Set 2 | 18 U.S.C. § 1956(h) | Conspiracy to Launder Monetary Instruments | 10 |
| Set 3 | 21 U.S.C. § 853 | Drug Asset Forfeiture Allegation | |
| Set 4 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

## JS-45 ATTACHMENTS

**SEARCH WARRANTS**

15-4146-DHH
15-4184-DHH
15-4185-DHH
15-4186-DHH
15-4187-DHH
15-4428-DHH
16-4000-DHH
16-4001-DHH
16-4002-DHH
16-4004-DHH
16-4005-DHH
16-4006-DHH
16-4007-DHH
16-4008-DHH
16-4009-DHH
16-4010-DHH
16-4019-DHH
16-4061-DHH
16-4062-DHH
16-4063-DHH
16-4064-DHH
16-4065-DHH
16-4066-DHH
16-4067-DHH
16-4068-DHH
16-4069-DHH
16-4070-DHH
16-4071-DHH
16-4072-DHH
16-4073-DHH
16-4074-DHH
16-4075-DHH
16-4076-DHH
16-4077-DHH
16-4078-DHH
16-4079-DHH
16-4080-DHH
16-4081-DHH
16-4082-DHH
16-4083-DHH
16-4326-DHH

**TRACKING WARRANTS**

15-4193-DHH
15-4216-DHH
15-4298-DHH
15-4428-DHH

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                 Category No. __II__          **Investigating Agency** __FBI__

**City** __Boston__                   **Related Case Information:**

**County** __Suffolk__                Superseding Ind./ Inf. _____ Case No. _____
                                      Same Defendant _____ New Defendant _____
                                      Magistrate Judge Case Number _____
                                      Search Warrant Case Number __See attached sheet__
                                      R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Jorge Grandon__                      Juvenile:     ☐ Yes   ☑ No

          Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name _____

Address          __(City & State)__ Boston, MA

Birth date (Yr only): __1969__  SSN (last4#): __6267__  Sex __M__   Race: __Hispanic__   Nationality: __USA__

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____          _____

**U.S. Attorney Information:**

**AUSA** __Karen Beausey__                    Bar Number if applicable  __CA 155258__

**Interpreter:**    ☐ Yes  ☑ No        List language and/or dialect: _____

**Victims:**     ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

        ☑ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint       ☐ Information       ☑ Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date: __11/9/16__      Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Jorge Grandon _____

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1) | Possession of Methamphetamine with Intent to Distribute | 6 |
| Set 3 | 21 U.S.C. § 853 | Drug Asset Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

## JS-45 ATTACHMENTS

| SEARCH WARRANTS | TRACKING WARRANTS |
|---|---|
| 15-4146-DHH | 15-4193-DHH |
| 15-4184-DHH | 15-4216-DHH |
| 15-4185-DHH | 15-4298-DHH |
| 15-4186-DHH | 15-4428-DHH |
| 15-4187-DHH | |
| 15-4428-DHH | |
| 16-4000-DHH | |
| 16-4001-DHH | |
| 16-4002-DHH | |
| 16-4004-DHH | |
| 16-4005-DHH | |
| 16-4006-DHH | |
| 16-4007-DHH | |
| 16-4008-DHH | |
| 16-4009-DHH | |
| 16-4010-DHH | |
| 16-4019-DHH | |
| 16-4061-DHH | |
| 16-4062-DHH | |
| 16-4063-DHH | |
| 16-4064-DHH | |
| 16-4065-DHH | |
| 16-4066-DHH | |
| 16-4067-DHH | |
| 16-4068-DHH | |
| 16-4069-DHH | |
| 16-4070-DHH | |
| 16-4071-DHH | |
| 16-4072-DHH | |
| 16-4073-DHH | |
| 16-4074-DHH | |
| 16-4075-DHH | |
| 16-4076-DHH | |
| 16-4077-DHH | |
| 16-4078-DHH | |
| 16-4079-DHH | |
| 16-4080-DHH | |
| 16-4081-DHH | |
| 16-4082-DHH | |
| 16-4083-DHH | |
| 16-4326-DHH | |

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** __II__          **Investigating Agency** __FBI__

**City** __Chelsea__

**County** __Suffolk__          **Related Case Information:**

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __See attached sheet__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   __Christopher Halfond__          Juvenile:   ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

Alias Name _____

Address          __(City & State)__ Carlsbad, CA

Birth date (Yr only): __1981__   SSN (last4#): __2757__   Sex __M__   Race: __Caucasian__   Nationality: __USA__

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Karen Beausey__          Bar Number if applicable   __CA 155258__

**Interpreter:**   ☐ Yes   ☑ No          List language and/or dialect: _____

**Victims:**   ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes   ☐ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony _2_

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __11/9/16__          Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Christopher Halfond _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1) | Distribution of Methamphetamine | 2 |
| Set 3 | 21 U.S.C. § 853 | Drug Asset Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

## JS-45 ATTACHMENTS

**SEARCH WARRANTS**

15-4146-DHH
15-4184-DHH
15-4185-DHH
15-4186-DHH
15-4187-DHH
15-4428-DHH
16-4000-DHH
16-4001-DHH
16-4002-DHH
16-4004-DHH
16-4005-DHH
16-4006-DHH
16-4007-DHH
16-4008-DHH
16-4009-DHH
16-4010-DHH
16-4019-DHH
16-4061-DHH
16-4062-DHH
16-4063-DHH
16-4064-DHH
16-4065-DHH
16-4066-DHH
16-4067-DHH
16-4068-DHH
16-4069-DHH
16-4070-DHH
16-4071-DHH
16-4072-DHH
16-4073-DHH
16-4074-DHH
16-4075-DHH
16-4076-DHH
16-4077-DHH
16-4078-DHH
16-4079-DHH
16-4080-DHH
16-4081-DHH
16-4082-DHH
16-4083-DHH
16-4326-DHH

**TRACKING WARRANTS**

15-4193-DHH
15-4216-DHH
15-4298-DHH
15-4428-DHH

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**     Category No. __II__     Investigating Agency __FBI__

**City** __Boston__

**County** __Suffolk__     **Related Case Information:**

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __See attached sheet__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Matthew Metz__     Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name _____

Address     (City & State) __Allston, MA__

Birth date (Yr only): __1975__  SSN (last4#): __5989__  Sex __M__  Race: __Caucasian__  Nationality: __USA__

**Defense Counsel if known:** __John Calcagni__     Address __1 Custom House Street__

**Bar Number** _____     __Suite 300__
__Providence, RI 02903__

**U.S. Attorney Information:**

**AUSA** __Karen Beausey__     Bar Number if applicable __CA 155258__

**Interpreter:**  ☐ Yes  ☑ No     List language and/or dialect: _____

**Victims:**  ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**  ☑ Yes  ☐ No

☐ Warrant Requested     ☑ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony __5__

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __11/9/16__     Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Matthew Metz

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possedd with Intent to Distribute Methamphetamine | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1) | Possession of Methamphetamine with Intent to Distribute | 3 |
| Set 3 | 21 U.S.C. § 841(a)(1) | Possession of Methamphetamine with Intent to Distribute | 4 |
| Set 4 | 21 U.S.C. § 841(a)(1) | Distribution of Methamphetamine | 5 |
| Set 5 | 18 U.S.C. § 1956(h) | Conspiracy to Launder Monetary Instruments | 10 |
| Set 6 | 21 U.S.C. § 853 | Drug Asset Forfeiture Allegation | |
| Set 7 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture Allegation | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

## JS-45 ATTACHMENTS

**SEARCH WARRANTS**

15-4146-DHH
15-4184-DHH
15-4185-DHH
15-4186-DHH
15-4187-DHH
15-4428-DHH
16-4000-DHH
16-4001-DHH
16-4002-DHH
16-4004-DHH
16-4005-DHH
16-4006-DHH
16-4007-DHH
16-4008-DHH
16-4009-DHH
16-4010-DHH
16-4019-DHH
16-4061-DHH
16-4062-DHH
16-4063-DHH
16-4064-DHH
16-4065-DHH
16-4066-DHH
16-4067-DHH
16-4068-DHH
16-4069-DHH
16-4070-DHH
16-4071-DHH
16-4072-DHH
16-4073-DHH
16-4074-DHH
16-4075-DHH
16-4076-DHH
16-4077-DHH
16-4078-DHH
16-4079-DHH
16-4080-DHH
16-4081-DHH
16-4082-DHH
16-4083-DHH
16-4326-DHH

**TRACKING WARRANTS**

15-4193-DHH
15-4216-DHH
15-4298-DHH
15-4428-DHH

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**       **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** __II__     **Investigating Agency** __FBI__

**City** __Chelsea__       **Related Case Information:**

**County** __Suffolk__

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __See attached sheet__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Russell Ormiston__     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address __(City & State)__ __Chelsea, MA__

Birth date (Yr only): __1966__ SSN (last4#): __9354__ Sex __M__ Race: __Caucasian__ Nationality: __USA__

**Defense Counsel if known:** _____ Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Karen Beausey__    Bar Number if applicable __CA 155258__

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __11/9/16__    Signature of AUSA: __[signature]__

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Russell Ormiston _____

**U.S.C. Citations**

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine | 1 |
| Set 2 | 21 U.S.C. § 853 | Drug Asset Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

## JS-45 ATTACHMENTS

**SEARCH WARRANTS**

15-4146-DHH
15-4184-DHH
15-4185-DHH
15-4186-DHH
15-4187-DHH
15-4428-DHH
16-4000-DHH
16-4001-DHH
16-4002-DHH
16-4004-DHH
16-4005-DHH
16-4006-DHH
16-4007-DHH
16-4008-DHH
16-4009-DHH
16-4010-DHH
16-4019-DHH
16-4061-DHH
16-4062-DHH
16-4063-DHH
16-4064-DHH
16-4065-DHH
16-4066-DHH
16-4067-DHH
16-4068-DHH
16-4069-DHH
16-4070-DHH
16-4071-DHH
16-4072-DHH
16-4073-DHH
16-4074-DHH
16-4075-DHH
16-4076-DHH
16-4077-DHH
16-4078-DHH
16-4079-DHH
16-4080-DHH
16-4081-DHH
16-4082-DHH
16-4083-DHH
16-4326-DHH

**TRACKING WARRANTS**

15-4193-DHH
15-4216-DHH
15-4298-DHH
15-4428-DHH

JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**           **Category No.** __II__        **Investigating Agency** __FBI__

**City** __Boston__

**County** __Suffolk__         **Related Case Information:**
                              Superseding Ind./ Inf. _____   Case No. _____
                              Same Defendant _____ New Defendant _____
                              Magistrate Judge Case Number _____
                              Search Warrant Case Number __See attached sheet__
                              R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Daniel Ponce__                    Juvenile:    ☐ Yes  ☑ No

                Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address         __(City & State)__ Boston, MA

Birth date (Yr only): __1978__  SSN (last4#): __2415__  Sex __M__   Race: __Caucasian__   Nationality: __USA__

**Defense Counsel if known:** _____  Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Karen Beausey__                    Bar Number if applicable   __CA 155258__

**Interpreter:**   ☐ Yes  ☑ No        List language and/or dialect: _____

**Victims:**    ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

**Matter to be SEALED:**   ☑ Yes  ☐ No

          ☐ Warrant Requested      ☑ Regular Process       ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**   ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __11/9/16__     Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     Daniel Ponce _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) | Possession of Methamphetamine with the Intent to Distribute | 9 |
| Set 2 | 21 U.S.C. § 853 | Drug Asset Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

## JS-45 ATTACHMENTS

| SEARCH WARRANTS | TRACKING WARRANTS |
|---|---|
| 15-4146-DHH | 15-4193-DHH |
| 15-4184-DHH | 15-4216-DHH |
| 15-4185-DHH | 15-4298-DHH |
| 15-4186-DHH | 15-4428-DHH |
| 15-4187-DHH | |
| 15-4428-DHH | |
| 16-4000-DHH | |
| 16-4001-DHH | |
| 16-4002-DHH | |
| 16-4004-DHH | |
| 16-4005-DHH | |
| 16-4006-DHH | |
| 16-4007-DHH | |
| 16-4008-DHH | |
| 16-4009-DHH | |
| 16-4010-DHH | |
| 16-4019-DHH | |
| 16-4061-DHH | |
| 16-4062-DHH | |
| 16-4063-DHH | |
| 16-4064-DHH | |
| 16-4065-DHH | |
| 16-4066-DHH | |
| 16-4067-DHH | |
| 16-4068-DHH | |
| 16-4069-DHH | |
| 16-4070-DHH | |
| 16-4071-DHH | |
| 16-4072-DHH | |
| 16-4073-DHH | |
| 16-4074-DHH | |
| 16-4075-DHH | |
| 16-4076-DHH | |
| 16-4077-DHH | |
| 16-4078-DHH | |
| 16-4079-DHH | |
| 16-4080-DHH | |
| 16-4081-DHH | |
| 16-4082-DHH | |
| 16-4083-DHH | |
| 16-4326-DHH | |

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**    Category No. __II__    Investigating Agency __FBI__

**City** __Boston__        Related Case Information:

**County** __Suffolk__      Superseding Ind./ Inf. _____ Case No. _____
                            Same Defendant _____ New Defendant _____
                            Magistrate Judge Case Number
                            Search Warrant Case Number __See attached sheet__
                            R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Bruce Reisman__        Juvenile:    ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

Alias Name _____

Address    __(City & State)__ Boston, MA

Birth date (Yr only): __1959__  SSN (last4#): __2415__  Sex __M__    Race: __Caucasian__    Nationality: __USA__

**Defense Counsel if known:**    __Michael Doolin__    Address __512 Gallivan Blvd. #8__

**Bar Number** _____            __Dorchester, MA 02124__

**U.S. Attorney Information:**

**AUSA** __Karen Beausey__        Bar Number if applicable __CA 155258__

**Interpreter:**    ☐ Yes  ☑ No    List language and/or dialect: _____

**Victims:**    ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☐ Yes  ☐ No

**Matter to be SEALED:**    ☑ Yes   ☐ No

       ☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __4/9/16__    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Bruce Reisman _____

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) | Possession of Methamphetamine with the Intent to Distribute | 1 |
| Set 2 | 21 U.S.C. § 853 | Drug Asset Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

## JS-45 ATTACHMENTS

| SEARCH WARRANTS | TRACKING WARRANTS |
|---|---|
| 15-4146-DHH | 15-4193-DHH |
| 15-4184-DHH | 15-4216-DHH |
| 15-4185-DHH | 15-4298-DHH |
| 15-4186-DHH | 15-4428-DHH |
| 15-4187-DHH | |
| 15-4428-DHH | |
| 16-4000-DHH | |
| 16-4001-DHH | |
| 16-4002-DHH | |
| 16-4004-DHH | |
| 16-4005-DHH | |
| 16-4006-DHH | |
| 16-4007-DHH | |
| 16-4008-DHH | |
| 16-4009-DHH | |
| 16-4010-DHH | |
| 16-4019-DHH | |
| 16-4061-DHH | |
| 16-4062-DHH | |
| 16-4063-DHH | |
| 16-4064-DHH | |
| 16-4065-DHH | |
| 16-4066-DHH | |
| 16-4067-DHH | |
| 16-4068-DHH | |
| 16-4069-DHH | |
| 16-4070-DHH | |
| 16-4071-DHH | |
| 16-4072-DHH | |
| 16-4073-DHH | |
| 16-4074-DHH | |
| 16-4075-DHH | |
| 16-4076-DHH | |
| 16-4077-DHH | |
| 16-4078-DHH | |
| 16-4079-DHH | |
| 16-4080-DHH | |
| 16-4081-DHH | |
| 16-4082-DHH | |
| 16-4083-DHH | |
| 16-4326-DHH | |

%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          Category No. __II__          **Investigating Agency** __FBI__

**City** __Chelsea__          **Related Case Information:**

**County** __Suffolk__          Superseding Ind./ Inf. _____ Case No. _____
                               Same Defendant _____ New Defendant _____
                               Magistrate Judge Case Number _____
                               Search Warrant Case Number __See attached sheet__
                               R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Steven Beadles__          Juvenile:          ☐ Yes  ☑ No

          Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address          __(City & State)__ Chelsea, MA

Birth date (Yr only): __1958__ SSN (last4#): __6527__ Sex __M__          Race: __Caucasian__          Nationality: __USA__

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____          _____

**U.S. Attorney Information:**

**AUSA** __Karen Beausey__          Bar Number if applicable __CA 155258__

**Interpreter:** ☐ Yes ☑ No          List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

          ☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:** ☐ Petty ————— ☐ Misdemeanor ————— ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑          **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __11/9/16__          Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Steven Beadles _____

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1) | Possession of Methamphetamine with Intent to Distribute | 3 |
| Set 3 | 21 U.S.C. § 853 | Drug Asset Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

## JS-45 ATTACHMENTS

**SEARCH WARRANTS**                    **TRACKING WARRANTS**

15-4146-DHH                            15-4193-DHH
15-4184-DHH                            15-4216-DHH
15-4185-DHH                            15-4298-DHH
15-4186-DHH                            15-4428-DHH
15-4187-DHH
15-4428-DHH
16-4000-DHH
16-4001-DHH
16-4002-DHH
16-4004-DHH
16-4005-DHH
16-4006-DHH
16-4007-DHH
16-4008-DHH
16-4009-DHH
16-4010-DHH
16-4019-DHH
16-4061-DHH
16-4062-DHH
16-4063-DHH
16-4064-DHH
16-4065-DHH
16-4066-DHH
16-4067-DHH
16-4068-DHH
16-4069-DHH
16-4070-DHH
16-4071-DHH
16-4072-DHH
16-4073-DHH
16-4074-DHH
16-4075-DHH
16-4076-DHH
16-4077-DHH
16-4078-DHH
16-4079-DHH
16-4080-DHH
16-4081-DHH
16-4082-DHH
16-4083-DHH
16-4326-DHH