AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 16cr 10320 GAO DHH |
| James Giannetta | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* James Giannetta,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine in violation of 21 U.S.C. sec. 846
Distribution of Methamphetamine in violation of 21 U.S.C. sec. 841(a)(1)
Conspiracy to Launder Monetary Instruments in violation of 18 U.S.C. sec 1956(h)

Date: 11/9/16

City and state: Boston, Massachusetts

*Issuing officer's signature*
Antonia Alves-Baptista, Deputy Clerk
~~Hon. Donald L. Cabell~~
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jorge Grandon | ) | Case No. 16cr 10320 GAO |
| *Defendant* | ) | DHH |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jorge Grandon ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine in violation of 21 U.S.C. sec. 846
Possession of Methamphetamine with Intent to Distribute in violation of 21 U.S.C. sec. 841(a)(1)

Date: 11/9/16

*Issuing officer's signature*

City and state:   Boston, Massachusetts            Antonia Alves-Baptista, Deputy Clerk
                                                   *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| _____ |
| *Arresting officer's signature* |
| _____ |
| *Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 16cr10320 GAO |
| Mario Castro | ) | DHH |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Mario Castro,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine in violation of 21 U.S.C. sec. 846
Possession of Methamphetamine with Intent to Distribute in violation of 21 U.S.C. sec. 841(a)(1)

Date: 11/9/16

*Issuing officer's signature*

City and state: Boston, Massachusetts ~~Hon. Donald L. Cabell~~ Antonia Alves-Baptista, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jeffrey Carlo | ) | Case No. 16cr 10320 GAO |
| *Defendant* | ) | DHH |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Jeffrey Carlo,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine in violation of 21 U.S.C. sec. 846
Conspiracy to Launder Monetary Instruments in violation of 18 U.S.C. sec 1956(h)

Date: 11/9/16

*Issuing officer's signature*

City and state: Boston, Massachusetts

Antonia Alves-Baptista, Deputy Clerk
~~Hon. Donald L. Cabell~~
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 16cr 10320 GAO |
| Christopher Halfond | ) | DHH |
| _Defendant_ | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ Christopher Halfond,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine in violation of 21 U.S.C. sec. 846
Distribution of Methamphetamine in violation of 21 U.S.C. sec. 841(a)(1)
Conspiracy to Launder Monetary Instruments in violation of 18 U.S.C. sec 1956(h)

Date: 11/9/16

City and state: Boston, Massachusetts

_Issuing officer's signature_

Antonia Alves-Baptista, Deputy Clerk
~~Hon. Donald L. Cabell~~
_Printed name and title_

### Return

| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ |
|---|
| at _(city and state)_ _____ . |

Date: _____

_____
_Arresting officer's signature_

_____
_Printed name and title_

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | Case No. 16 cr 10320 GAO |
| Jesse Gillis | ) | DHH |
| *Defendant* | ) | |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Jesse Gillis  ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine in violation of 21 U.S.C. sec. 846
Conspiracy to Launder Monetary Instruments in violation of 18 U.S.C. sec 1956(h)

Date: 11/9/16

City and state:  Boston, Massachusetts

*Issuing officer's signature*

Antonia Aves-Baptista, Deputy Clerk
~~Hon. Donald L. Cabell~~
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*