UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JESSE GILLIS, et al.,<br><br>   Defendants | Crim. No. 16-cr-10320 |

NOTICE OF APPEARANCE OF JARED DOLAN

Please enter and add the appearance of Assistant United States Attorney Jared Dolan for the United States of America in the above captioned matter.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:   /s/ *Jared C. Dolan*
JARED C. DOLAN
Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the Court's Electronic Court Filing (ECF) system on October 31, 2018, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Jared C. Dolan*
JARED C. DOLAN
Assistant United States Attorney

Date: October 31, 2018